Decided October 29, 1996

ALAN E. SILVER, P.C. *v.* HOWARD A. JACOBS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 184 (AC 14614), is denied.

*Marc P. Mercier*, in support of the petition.

*Steven D. Ecker*, in opposition.

Decided October 29, 1996

CONNECTICUT NATURAL GAS CORPORATION ET AL.
*v.* DEPARTMENT OF CONSUMER
PROTECTION ET AL.

The petition of the plaintiffs Connecticut Natural Gas Corporation and Yankee Gas Service Company for certification for appeal from the Appellate Court, 43 Conn. App. 196 (AC 15017), is denied.

*John C. Yavis, Jr.*, and *Everett E. Newton*, in support of the petition.

*William M. Rubenstein*, assistant attorney general, and *Peter G. Boucher*, in opposition.

Decided October 29, 1996